Banco Territorial y Agrícola de Puerto Rico

v. Cintrón Hermanos.

Apelación procedente de la Corte de Distrito de

Humacao.

No. 94. Resuelto en diciembre 4, 1905.

Apelación.—Certiorari.—Acumulación de ambos procedimientos.—Los recursos de apelación y *certiorari*, son completamente distintos, y su acumulación, para ser resueltos por una misma sentencia, no está autorizada por los artículos 104 y 347 del Código de Enjuiciamiento Civil.

Id.—Juicio ejecutivo sumarísimo.—Una resolución dictada por la Corte de Distrito denegando una moción interesando la suspensión de una segunda subasta decretada en un juicio ejecutivo sumarísimo, no es apelable para ante el Tribunal Supremo.

Abogados de los apelantes: *Sres. López Landrón, Hartzell y Rodríguez Serra.*

Abogado del apelado: *Sr. Juan Guzmán Benítez.*

EXPOSICIÓN DEL CASO.

En juicio ejecutivo sumarísimo seguido ante la Corte de Distrito de Humacao, por el Banco Territorial y Agrícola contra Cintrón Hermanos, presentaron éstos una moción para que se practicara una liquidación de los bienes, se hiciera un ajuste de cuentas entre acreedor y deudor, y se suspendiera la celebración de una segunda subasta hasta que dicha liquidación y rendición de cuentas quedaran terminadas. A su vez el Banco presentó una moción para que se denegara la anterior petición y se ordenara su eliminación de los autos. Negadas ambas

mociones la representación de Cintrón Hermanos interpuso recurso de apelación, y la del Banco presentó al Tribunal Supremo una solicitud de *certiorari,* en relación con el mismo procedimiento. Ante el Tribunal Supremo, la representación de Cintrón Hermanos presentó una moción para que ambos recursos, el de apelación, interpuesto por ellos, y el de *certiorari,* establecido por el Banco fueran acumulables y resueltos por una misma sentencia; la representación del Banco Territorial y Agrícola presentó otra moción al mismo Tribunal Supremo, solicitando que se desestimara la apelación interpuesta por Cintrón Hermanos, porque la resolución apelada no es apelable ni con arreglo á los artículos 175 y 176 del reglamento de la Ley Hipotecaria, ni con arreglo al art. 295 del Código de Enjuiciamiento Civil.

## OPINIÓN DEL TRIBUNAL.

Siendo recursos completamente distintos el de la apelación y el de auto de *certiorari,* cuya acumulación se solicita por la representación de Cintrón Hermanos, y no autorizando dicha acumulación los artículos 104 y 347 del Código de Enjuiciamiento Civil, no há lugar á tal pretensión; proveyendo á la moción del Banco Territorial y Agrícola para que se desestime el recurso de apelación interpuesto por Cintrón Hermanos contra la orden que dictó la corte de Humacao en 29 de agosto último.

Vistos los artículos 175 y 176 del reglamento para la ejecución de la Ley Hipotecaria y el 295 del Código de Enjuiciamiento Civil vigente.

Se desestima dicho recurso por el fundamento de que la providencia recurrida no es apelable ni con arreglo á la Ley Hipotecaria y su reglamento, ni con arreglo al nuevo Código de Enjuiciamiento Civil; y comuníquese la presente resolución en su segundo extremo á la Corte de Distrito de Humacao á los fines procedentes.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.